UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CALEB E. POLING, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:24-cv-00815-JRS-CSW |
| | ) |
| DAWN Nurse, | ) |
| FRANK Nurse, | ) |
| | ) |
| Defendants. | ) |

**ORDER DIRECTING PARTIES TO REPORT**

Now before the Court is Defendants' *Motion to Vacate Pretrial Deadlines* (Dkt. 72) and Defendants' *Notice to the Court* (Dkt. 73). The *Notice* reports that as of March 2, 2026, Defendants are in the process of scheduling an audiogram test and an IME of Plaintiff. Before the Court addresses the *Motion to Vacate*, more information relating to a confirmed date for the test and IME is necessary.

The parties are **DIRECTED** to meet and confer and report to the Court within seven (7) days by filing a Joint Notice advising whether the audiogram and IME have been scheduled and conducted.

**SO ORDERED.**

**Date:** March 11, 2026

Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

**Distribution:**

Distributed electronically via ECF to counsel of record.